```
___FILED ___LODGED
___RECEIVED ___COPY

2011 FEB 23  P 3:34

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
```

DENNIS K. BURKE
United States Attorney
District of Arizona
CHRISTOPHER A. BROWN
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
christopher.brown7@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR 11 - 654 TUC

| | |
|---|---|
| United States of America, Plaintiff, vs. Stephen Conde, Defendant. | **INDICTMENT**<br><br>Violations: 21 USC §952(a)<br>21 USC §§960(a)(1) & (b)(4)<br>21 USC §§841(a)(1) & (b)(1)(D)<br><br>(Importation of Marijuana; Possession with Intent to Distribute Marijuana) |

THE GRAND JURY CHARGES:

COUNT 1

On or about January 25, 2011, at or near San Miguel, on the Tohono O'odham Indian Nation, in the District of Arizona, STEPHEN CONDE, did knowingly and intentionally import into the United States of America from the Republic of Mexico less than 50 kilograms of marijuana, that is, approximately 41 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and (b)(4).

COUNT 2

On or about January 25, 2011, at or near San Miguel, on the Tohono O'odham Indian Nation, in the District of Arizona, STEPHEN CONDE, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 41

1  kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United
2  States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL

/s/
Pre[REDACTED]

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

FEB 2 3 2011

REDACTED FOR
PUBLIC DISCLOSURE

United States v. Conde
Indictment Page 2